UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jamie Williams,

                     Plaintiffs,                  21cv924 (ENV/VMS)

    -against-

                                                                         STIPULATION OF
Amazon.com Services LLC, Christopher Cooper, Chandni Patel,  DISMISSAL
James/Jim Cummings, Michael Betancourt, Shantay Atkinson,
Michael Gambino, and Alexis Kalish,

                     Defendants.
------------------------------------------------------------X

The parties hereby stipulate and agree that this action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with no order of costs or attorneys' fees to any party.

Dated: June 19, 2022                            Dated: June 21, 2022
       Huntington, New York                        New York, New York

*[signature]*                                                        *[signature]*

Anne C. Leahey, Esq.                      Gabrielle Levin
Anne Leahey Law, LLC                     Gibson, Dunn & Crutcher LLP
Attorney for Plaintiff                        Attorney for Defendants
17 Dumplin Hill Lane                       200 Park Avenue
Huntington, NY 11743                     New York, New York 10166-0193
631-553-3708                                    212-351-3901
legal@anneleaheylaw.com                GLevin@gibsondunn.com

                                                             **Application Granted**
                                                                **SO ORDERED**
                                                             Brooklyn, New York
                                                            Dated: 6/22/2022

                                                        /S/ ERIC N. VITALIANO
                                                            Eric N. Vitaliano
                                                    United States District Judge

THE CLERK IS DIRECTED TO CLOSE THE CASE